IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

OPERATING ENGINEERS LOCAL          )
NO. 101 PENSION FUND, ET AL.,      )
                                   )
     Plaintiffs,      )
                                   )
v.                                 )          Case No. 04-1031-CV-W-DW
                                   )
UTILITY CONSTRUCTION, LLC          )
                                   )
     Defendant.       )

ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of

Civil Procedure 41(a)(1)(I).  Accordingly, this action is dismissed without prejudice.

IT IS SO ORDERED

                                      /s/ DEAN WHIPPLE
                                          Dean Whipple
                                 United States District Judge

DATE:  September 15, 2005